1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

| UNITED STATES OF AMERICA, | CASE NO. 05-CR-1934 H |
|---|---|

UNITED STATES OF AMERICA,

Plaintiff-Respondent,

vs.

FRANCESCO JOSE AGUILA,

Defendant-Petitioner.

CASE NO. 05-CR-1934 H
[*Related Case* No. 06-CV-2111 H]

**ORDER DENYING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY**

16

17

18

19

20

21

22

23

        On September 28, 2006, Petitioner Francesco Aguila, a federal prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 challenging his conviction and sentence. (Doc. No. 19.)  The government filed its response in opposition to the petition on September 24, 2007. (Doc. No. 24.)  On December 3, 2007, after carefully considering the relevant facts and law, the Court denied Petitioner's motion to vacate his conviction and sentence.  (Doc. No. 26.)  On September 10, 2008, Petitioner submitted a motion for a certificate of appealability.  (Doc. No. 32.)

24

25

26

27

28

        According to the Federal Rules of Appellate Procedure, a petitioner in a 28 U.S.C. § 2255 proceeding may not take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. 2253(c). Fed. R. App. P. 22(b).  Section 2253 states that a certificate of appealability may issue only if the petitioner has made "a substantial showing of the denial of a constitutional right." 28 U.S.C. 2253(c)(2). In this case,

1  Petitioner has failed to make such a showing.

2  In denying Petitioner's motion to vacate, the Court reviewed the plea agreement and the

3  colloquy between Petitioner and the Court at the sentencing hearing and concluded that

4  Petitioner knowingly and voluntarily waived his right to appeal or collaterally attack his

5  sentence. (Order Denying Pet.'s Mot. Under § 2255 at 3.)

6  Petitioner's motion to vacate – besides being precluded by the terms of his plea

7  agreement – failed on the merits. At sentencing, the Court considered the advisory sentencing

8  guidelines as well as the § 3553(a) sentencing factors and sentenced Petitioner to the lowest

9  end of the applicable advisory guideline range. (Tr. of Sentenc. Proc. at 5.) Petitioner's

10  argument that he was entitled to additional departures has no merit.

11  In his request for a certificate of appealability, Petitioner claims that he received no

12  notification of the Court's December 3, 2007 order denying his § 2255 petition. However,

13  Petitioner does not show how this allegation amounts to the denial of a constitutional right.

14  Petitioner also renews his argument that the Court failed to consider his requests in imposing

15  sentence. The Court assures Petitioner that it gave due consideration to all pleadings before

16  rendering a sentencing decision.

17  Because the Court has rejected Petitioner's constitutional claims on the merits, he must

18  demonstrate "that reasonable jurists would find the district court's assessment of the

19  constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

20  Petitioner has not met this standard. Accordingly, the Court DENIES Petitioner's motion for

21  a certificate of appealability under 28 U.S.C. § 2253.

22  IT IS SO ORDERED.

23  DATED: October 27, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

24

25

26

27

28

- 2 -                                                          05cr1934